JAG
F.#2003R02533

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DANIEL GIBSON,

    Defendant.

- - - - - - - - - - - - - - - -X

UNSEALING ORDER

03 CR 245 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 17 2006 ★
P.M. _____
TIME A.M. _____

EASTERN DISTRICT OF NEW YORK, SS:

    Application having been made on behalf of the UNITED STATES OF AMERICA, by Jeffrey A. Goldberg, Assistant United States Attorney for the Eastern District of New York, for an Order unsealing the above-captioned matter,

    IT IS HEREBY ORDERED that the above-captioned matter is unsealed.

Dated:    Brooklyn, New York
           February __, 2006

/s/ Hon. Carol B. Amon
_____
CAROL BAGLEY AMON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK